IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANYA GAYLE, on her behalf and others similiarly situated, | ) | |
| Plaintiff, | ) | No. 08-18C (Judge Lettow) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including May 13, 2008, within which to file a response to plaintiff's complaint. Presently, the Government's responsive pleading to the complaint is due no later than March 13, 2008. This is the Government's first request for an enlargement of time. Counsel for plaintiff indicates that plaintiff will oppose the Government's request.

An enlargement of time is necessary because we have not yet received a litigation report concerning this matter. We rely upon the agency to prepare a litigation report, pursuant to 28 U.S.C. § 520, concerning the case so that we may respond properly to actions filed against the United States. An enlargement is also necessary because undersigned counsel will be in Los Angeles and San Diego, California from March 10-14, 2008, taking and defending six depositions in <u>TPI Contsruction, Inc. v. United States</u> (Fed. Cl. No. 07-80). Undersigned counsel travels to Anchorage, Alaska in order to take six depositions during the week of March 24-28 in <u>Kiewit-Manson JV. v. United States</u>, (Fed. Cl. No. 06-696). The Government will provide the Court with a witness list on March 28 for the <u>Kiewit-Manson</u> litigation as well. Counsel will be on scheduled annual leave from April 3-10. During the week of April 14-18,

undersigned counsel is scheduled to take and defend expert depositions in Seattle, Washington or Portland, Oregon also in Kiewit-Manson. Counsel for the Government will make pretrial submissions pursuant to Appendix A in Kiewit-Manson on May 9, 2008 in anticipation of a scheduled two and half week trial that begins on May 27, 2008 in Anchorage, Alaska.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 60 days, to and including May 13, 2008, within which to file a responsive pleading to the complaint.

Respectfully submitted,

JEFFREY S. BUCKHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

March 10, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ David M. Hibey