IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-18C

(Filed: March 17, 2008)

| | |
|---|---|
| ANYA GAYLE, on her behalf and others similiarly situated, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is defendant's motion for an enlargement of time to respond to plaintiff's complaint, and plaintiff's response in opposition to that motion. At issue is plaintiff's request that the court either deny the motion or toll the statute of limitations for potential class members to properly join the action for the time period of any extension granted to the defendant.

The court will hold a telephonic hearing to address defendant's motion and plaintiff's response on March 19, 2008, at 10:00 a.m. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge