UNITED STATES COURT OF FEDERAL CLAIMS

ANYA GAYLE, on her own behalf and
others similarly situated,

v.

CASE NO.: 08-18C
(Judge Lettow)

UNITED STATES OF AMERICA,
Defendant.
_______________________________________/

**NOTICE OF FILING NOTICE OF CONSENT TO JOIN**

Plaintiff, ANYA GAYLE, gives notice of filing his Notice of Consent to Join the above-styled lawsuit.

DATED this 19th day of March, 2008.

**s/ RICHARD CELLER**
Richard Celler, Esq.
Florida Bar No. 173370
MORGAN & MORGAN, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (954) 318-0268
Facsimile: (954) 333-3515
E-mail: RCeller@forthepeople.com

Counsel for Plaintiffs