**NOTICE OF CONSENT TO JOINT**

Pursuant to 29 U.S.C. § 216(b), I, anya Gayle, consent to become a party plaintiff in this action.

3/19/08
DATE

Anya C. Gayle
CLIENT SIGNATURE