IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-18C

(Filed: March 19, 2008)

| | |
|---|---|
| ANYA GAYLE, on her behalf and others similiarly situated, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is defendant's motion for an enlargement of 60 days to respond to plaintiff's complaint, and plaintiff's response to that motion, both of which the court addressed during a hearing held today.

Good cause having been shown, defendant's motion is GRANTED. Defendant shall file its answer on or before May 13, 2008. Plaintiff may move to amend the complaint throughout the period of enlargement.

It is so ORDERED.

s/ Charles F. Lettow
Judge