IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANYA GAYLE, on her behalf and others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-18C |
| | ) | (Judge Lettow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including July 13, 2008, within which to file a response to plaintiff's complaint. Presently, the Government's responsive pleading to the complaint is due no later than May 13, 2008. This is the Government's second request for an enlargement of time. Counsel for plaintiff indicates that plaintiff will oppose the Government's request.

An enlargement of time is necessary so that the parties may continue to explore settlement options. During the last two days, the parties have discussed specific terms of resolving this matter in lieu of further litigation. The Government needs to gather more information from its agency counsel in order to determine what parameters for settlement would be acceptable. Agency counsel has not prepared a final litigation report. We rely upon agency counsel to prepare a litigation report, pursuant to 28 U.S.C. § 520, concerning the case so that we may respond properly to actions filed against the United States. An enlargement is also necessary because undersigned counsel will be in Anchorage, AK beginning on May 22, 2008, and will remain there until at least June 13, 2008 in order to represent the Government at trial in Kiewit-Manson JV. v. United States, (Ct. Cl. 06-696).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 60 days, to and including July 13, 2008, within which to file a responsive pleading to the complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

May 13, 2008

Attorneys for Defendant

**CERTIFICATE OF FILILNG**

I hereby certify that on the 13th day of May, 2008, a copy of the foregoing "Motion for Enlargement o fTime" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David M. Hibey