IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-18C

(Filed: May 29, 2008)

ANYA GAYLE, on her behalf and others similiarly situated,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's second motion for an enlargement of 60 days to respond to plaintiff's complaint, and plaintiff's response opposing that motion.

Good cause having been shown, defendant's motion is GRANTED. Defendant shall file its answer on or before July 13, 2008. Plaintiff may move to amend the complaint to add parties throughout the period of enlargement.

It is so ORDERED.

s/ Charles F. Lettow
Judge