IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-18C

(Filed: September 9, 2008)

ANYA GAYLE, on her behalf and others similiarly situated,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges the joint preliminary status report filed by the parties on September 4, 2008. The parties have proposed a schedule for discovery in this case. In light of the parties' Joint Preliminary Status Report, and for good cause shown, discovery in this case will proceed according to the following schedule:

| Action | Deadline |
|---|---|
| Exchange of Initial Disclosures | October 21, 2008 |
| Close of Fact Discovery | April 4, 2009 |
| Joint Status Report | May 5, 2009 |

It is so ORDERED.

s/ Charles F. Lettow
Judge