# EXHIBIT 1

UNITED STATES
DEPARTMENT OF VETERANS AFFAIRS

VA JOBS

## VA Mission, Vision, & Core Values



- CORE VALUES

### MISSION & VISION

*"To care for him who shall have borne the battle and for his widow and his orphan."*

Abraham Lincoln made that pledge to America's Civil War veterans during his Second Inaugural Address, in 1865. Nearly a century and a half later later, the Department of Veterans Affairs is still making good on President Lincoln's promise.

- At VA we honor America's debt to the men and women whose patriotic service and sacrifice earned our freedom.
- We give vets assistance of the most meaningful kind. We provide medical and financial help when they need it most.
- When they pass on, we build and maintain the great national cemeteries that perpetuate their memory.
- Carrying out VA's challenging medical, financial, and memorial mission demands a diverse, dedicated, and highly skilled work force.

Top of page

### CORE VALUES

Military service in not just another job. Neither is working for VA. We make it a point to reflect the core values America's veterans have taught us by their example.

- **Commitment** - We will respond to our veterans' needs for health care, benefits, and memorial services with an abiding sense of gratitude and commitment. We will answer all contingencies with our very best efforts. Like our veterans, we will always be fully committed to accomplishing our mission.
- **Excellence** - We will insist on a standard of competence from our colleagues and ourselves. We will try to exceed the expectations of the veterans and their families who depend on us, because they've earned

### VA In Depth

**Who We Are:**

Mission, Vision, & Core Values

History

VA = VHA, VBA, & NCA

Today's VA

**Those We Serve:**

Our Customers: Veterans

In Their Own Words

our best efforts with their own.

- **People** - Our organization will reflect our country's diversity, compassion and skills. We will foster a spirit of respect. We will prize equal opportunity. We will lead by being innovative. We will hold ourselves accountable for what we do, and how we do it.
- **Communication** - We will listen to our veterans, to each other, and to people outside of our organization. We will be candid, accurate, and quick to heed their counsel and respond to their concerns. We will never stop trying to improve.
- **Stewardship** - We will always be worthy of your trust. We will safeguard all assets of whatever kind under our control. We will always stand for innovative technology, evidence based medical practices, and sound business principles.

Top of page



Reviewed/Updated Date: September 2, 2008