# EXHIBIT 2

UNITED STATES COURT OF FEDERAL CLAIMS

ANYA GAYLE, on her own behalf and
others similarly situated,

Plaintiff

v. Anya GAyLe

CASE NO.: 08-18C
(Judge Lettow)

UNITED STATES OF AMERICA,

**CLASS/COLLECTIVE ACTION**

Defendant.

______________________________/

**DECLARATION OF ANYA GAYLE IN SUPPORT OF CLASS NOTIFICATION**

1. My name is Anya Gayle.

2. I am the named Plaintiff in this action against the Defendant, the United States of America ("Defendant").

3. I make this Declaration based on my personal knowledge. I am over the age of 18 years and competent to testify to the matters contained within this Declaration. From January 2006 to August 2006, I worked for Defendant as an hourly paid "per diem" nurse at a VA facility located in Northport, New York.

4. In this capacity, my fellow hourly paid "per diem" nurses and I were responsible for providing the typical medical services commonly administered in private medical facilities.

5. Specifically, our job duties required that we, among other things, provide patient care and supervision, monitor vital signs of VA patients, assist VA doctors where necessary, and dispense medication to patients.

6. In exchange for the performance of my duties for Defendant, I was paid an hourly "per diem" rate in the amount of $18.00 per hour for most hours, $20.00 per hour for weekend hours and $22.00 per hour for hours worked on a holiday.

7. Unfortunately, because of budget constraints, understaffing, and the volume of patients and patient care required at the VA facilities at which I worked, I regularly was required to work overtime hours in excess of forty (40) hours per workweek.

8. When I worked these overtime hours, however, I was not paid time and one-half overtime as required. Instead, I was paid "straight time" or my regular hourly rate for my overtime hours worked. *See* Paystub/Time Records attached as Composite Exhibit A.

9. During my employment with the Defendant, I repeatedly advised management that I should be getting paid time and one half compensation for my overtime hours worked.

10. In response to my statements, I was told that this system of compensation (straight time for overtime hours worked) was the method of compensation applicable to all VA hourly paid "per diem" nurses, and it was not going to change.

11. During my employment, I personally observed that there were hundreds of similarly situated "per diem" nurses with whom I worked, that: (a) performed the same or similar maintenance duties that I performed; (b) worked the same amount of hours that I worked per workweek; and (c) were paid in the same illegal manner in which I was paid because of Defendant's pay policy, practice, and procedure of failing to pay time and one half overtime for overtime hours worked.

12. I believe that if given notice of their opportunity to join this case, many of the similarly situated "per diem" nurses would join the case and seek repayment of overtime wages which Defendant wrongly denied them.

13. Specifically, I have spoken to two (2) former "per diem" nurses, Ishmail Roman and Jose Garcia, who have advised me that, if given formal notice of this case, they would opt-in to me case, because they too were paid "straight time" due to Defendant's illegal pay policies pertaining to "per diem" nurses.

14. I understand and aver the allegations contained within this Declaration are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT:

By: Anya Gayle
ANYA GAYLE
Anya Gayle

STATE OF ~~FLORIDA~~ NEW YORK )

COUNTY OF Kings )

SWORN TO AND SUBSCRIBED before me this 3rd day of ~~August~~ Sept 2008. The Affiant, ANYA GAYLE, is [ ] personally known to me or [ ] has produced Driver's License as identification which is current or has been issued within the past five (5) years and/or other identifying number.

Print Name

NOTARY PUBLIC

Linda P. James
Notary Public State of New York
No. 01JA4768727
Qualified in Kings County
Commission Expires Sept. 30, 2010

Commission Number:

My Commission Expires: