# EXHIBIT 3

UNITED STATES COURT OF FEDERAL CLAIMS

ANYA GAYLE, on her own behalf and others similarly situated,

Plaintiff,

v.

CASE NO.: 08-18C
(Judge Lettow)

UNITED STATES OF AMERICA,

Defendant.
_______________________________________/

**EXHIBIT 3**

**UNITED STATES DISTRICT COURT OF FEDERAL CLAIMS**

*This is a Court-Authorized Notice and is not a Solicitation from a Lawyer.*
*The Court Has Made No Finding as to the Merits of the Case at this Time.*

**IF YOU ARE OR WERE, AT ANY TIME DURING THE PAST THREE (3) YEARS, AN HOURLY PAID PER DIEM NURSE WHO WORKED OVER FORTY (40) HOURS IN A WORKWEEK FOR THE ABOVE NAMED DEFENDANT, A NATIONAL COLLECTIVE ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.**

Anya Gayle ("Gayle"), a former hourly paid per diem nurse in New York, has sued the above named Defendant for overtime compensation. Gayle alleges that the above named Defendant improperly failed to pay her full and proper overtime compensation as a result of their failure to pay time and a half for all overtime hours, and policy under which they paid her regular hourly rate for all hours worked. This practice, she alleges, resulted in the underpayment of full and proper overtime compensation due under the overtime provisions of the Fair Labor Standards Act. ANYA GAYLE, on her own behalf and others similarly situated, v. UNITED STATES OF AMERICA, Case No. 08-18C.

- The Court has permitted Gayle to send Notice to all similarly situated current and former employees of Defendant at any time during the past three years, so that they may be permitted to "opt-in" to, or join, this lawsuit to assert their similar legal rights.

- The Court has not yet decided whether Defendant has done anything wrong or whether this case will proceed to trial. There is no money available now and no guarantees that there will be. However, you have a choice to assert your legal rights in this case.

| YOUR LEGAL RIGHTS & OPTIONS | |
|---|---|
| **Do Nothing** | **Do Nothing. Lose Nothing (except resulting from the passage of time).** By doing nothing, you retain your legal rights to bring a separate suit against Defendants (within the applicable statute of limitations period) for allegedly unpaid overtime compensation. If money or benefits are later awarded in this case, you will not share in them. |
| **Ask to Be Included** | **Complete Opt-in Consent Form.** By "opting in," you gain the possibility of receiving money or benefits that may result from a trial or settlement, but you give up your right to separately sue Defendants for the same legal claims brought in this lawsuit. |

Your options are included in this Notice. To opt-in, you must complete the Opt-in Consent Form and forward it to the attorneys designated in the Notice on or before ______________________, 2008. If you have any questions or concerns, please contact:

MORGAN & MORGAN, P.A.
Richard Celler, Esq.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (866)344-9243 (WAGE)
Facsimile: (954) 333-3515
E-mail: rceller@forthepeople.com

The law prohibits anyone from discriminating or retaliating against you for taking part in this case. If you believe that you have been penalized, disciplined, punished, threatened, intimidated, or discriminated against in any way as a result of your receiving this notification, your considering whether to complete and submit the Notice of Consent, or your having submitted the Notice of Consent, you may contact Morgan & Morgan, P.A. at the address and/or telephone number provided.