# EXHIBIT 4

UNITED STATES COURT OF FEDERAL CLAIMS

ANYA GAYLE, on her own behalf and others similarly situated,

Plaintiff,

v.

CASE NO.: 08-18C
(Judge Lettow)

UNITED STATES OF AMERICA,

Defendant.

_______________________________________/

**EXHIBIT 4**

**CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN AND MORGAN P.A.**

- I ________________________, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I authorize the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;
- I agree to be represented by Morgan and Morgan, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date: ____________________________
Name: ____________________________
Address: ____________________________
____________________________
Telephone Number: ____________________________
Mobile Telephone: ____________________________
Email: ____________________________
Signature: ____________________________

**If you wish to participate in this lawsuit, you must return this form to Morgan and Morgan, P.A. at 7450 Griffin Road, Suite 230, Davie, Florida by the Court ordered deadline in the attached Notice. If you have any questions, please contact Richard Celler, Esq. at 866-344-9243 (WAGE).**